**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 18-cv-81609-Middlebrooks

FELICIA SHUMAN,

        Plaintiff,

v.

TREATMENT PARTNERS OF AMERICA
LLC, SCOTT FRANKEL,

        Defendants.

_____/

**RESPONSE TO ORDER**

      Plaintiff, Felicia Shuman, by and through the undersigned counsel, hereby responds to the

Court's Order Denying Motion to Enforce and Approve FLSA Settlement [DE 30] ("Order") as

follows:

1.     Plaintiff disputes the many misrepresentations contained within Defendant Scott Frankel's

counsel's motion, DE 29, filed by Thomas Loffredo. This response is not intended to refute each

misrepresentation because (a) the Court has already denied the motion, and (b) Plaintiff's counsel

is avoiding incurring unnecessary fees.

2.     This response, therefore, is solely a response to the Order.

3.     There is no settlement in this case.

4.     **Defendants are not offering to pay Plaintiff *any* money.**

5.     Defendant Frankel contends Plaintiff is not entitled to receive any compensation and that

her claim is not viable.

6.     Plaintiff disputes Defendant Frankel's contentions.

7.    Defendant Frankel offered to pay $1,500 to Plaintiff's counsel as fees and costs[1] in return for Plaintiff dismissing her case without prejudice.

8.    Plaintiff and her counsel had agreed to receive $1,500 as fees and costs in exchange for dismissing Plaintiff's case without prejudice.

9.    Defendant Frankel, through his counsel Mr. Loffredo, have since continued to litigate this case.

10.    There is no settlement agreement to submit to the Court for review because there is no settlement.

11.    Defendant Frankel has never paid Plaintiff's counsel $1,500—Plaintiff's counsel cannot be compelled to return money that Defendants never paid.

12.    Plaintiff's counsel has repeatedly ask Mr. Loffredo to send the check for $1,500, but he has refused to do so.

13.    Plaintiff's counsel has repeatedly conferred with Mr. Loffredo to schedule mediation and prepare the joint pretrial stipulation if Defendant Frankel would not send payment.

14.    Instead of sending payment, rescheduling mediation, or conferring on the joint pretrial stipulation, Mr. Loffredo filed his motion, DE 29, attempting to enforce a settlement that does not exist.

15.    Because Ms. Loffredo refuses to send payment, Plaintiff's counsel requests that the Court require Mr. Loffredo to cooperate in preparing the joint pretrial stipulation.

---

[1] That amount does not fully compensate Plaintiff's fees and costs.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 13, 2019 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

_____
Elliot Kozolchyk, Esq.

## SERVICE LIST

Thomas H. Loffredo, Esq.
Scott C. Cagan, Esq.
Gray Robinson, P.A.
401 East Las Olas Boulevard Suite 1000
Fort Lauderdale, Florida 33301
Tel: (954) 761-8111
Fax: (954) 761-8112
Email: tom.loffredo@gray-robinson.com, scott.cagan@gray-robinson.com

*Attorneys for Defendant Scott Frankel*